IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

JUN 2 7 2008

|  |  |  |
|---|---|---|
| AIR CHINA LIMITED, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-1089 |
| AIRCHINA.COM, et al., | ) ) | |
| Defendants. | ) ) | |

### ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated May 15, 2008. Defendant has not filed any objections to the Report and Recommendation. Based on a _de novo_ review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge. And it is hereby,

ORDERED that Plaintiff's Motion for Default Judgment is GRANTED. It is further ORDERED that Go Daddy, Inc. transfer registration of the Defendant domain name <airchina.com> to Plaintiff.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
June 27, 2008